**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:  AUSAM ENERGY CORPORATION | § | Case No. 08-38223-H1 |
| NORAM RESOURCES, INC. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

William G. West, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $481,484.95          Assets Exempt:  N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,909,406.42          Claims Discharged
                                                       Without Payment:  N/A

Total Expenses of Administration: $2,060,662.21

---

3) Total gross receipts of $   3,970,068.63   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of $3,970,068.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $28,563,651.00 | $29,175,391.24 | $1,695,000.00 | $1,695,000.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,886,325.76 | 2,031,199.48 | 2,031,199.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 29,462.73 | 29,462.73 | 29,462.73 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,174,058.92 | 2,705,647.75 | 2,727,955.87 | 214,406.42 |
| **TOTAL DISBURSEMENTS** | $31,737,709.92 | $33,796,827.48 | $6,483,618.08 | $3,970,068.63 |

  4) This case was originally filed under Chapter 7 on December 30, 2008. The case was pending for 91 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/11/2016          By: /s/William G. West, Trustee
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wells Fargo DIP Account Closed | 1229-000 | 48,976.87 |
| D & O LITIGATION | 1249-000 | 3,900,000.00 |
| PETERSON ADVERSARY 11-3598 | 1241-000 | 21,072.72 |
| Interest Income | 1270-000 | 19.04 |
| **TOTAL GROSS RECEIPTS** | | **$3,970,068.63** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | The Huff Energy Fund, L.P. | 4210-000 | 28,563,651.00 | 29,172,859.07 | 1,695,000.00 | 1,695,000.00 |
| 13 | NW Harris County MUD #29 | 4800-000 | N/A | 2,532.17 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$28,563,651.00** | **$29,175,391.24** | **$1,695,000.00** | **$1,695,000.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| William G. West, Trustee | 2100-000 | N/A | 142,352.06 | 142,352.06 | 142,352.06 |
| William G. West, Trustee | 2200-000 | N/A | 2,639.69 | 2,639.69 | 2,639.69 |
| ROADRUNNER MOVING AND STORAGE | 2990-000 | N/A | 468.50 | 468.50 | 468.50 |
| FEDEX | 2990-000 | N/A | 25.75 | 25.75 | 25.75 |
| UNITED STATES TRUSTEE | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| LAKEWOOD MINI STORAGE | 2410-000 | N/A | 467.50 | 467.50 | 467.50 |
| LONE STAR OVERNIGHT | 2990-000 | N/A | 20.14 | 20.14 | 20.14 |
| RHODE RUNNERS MESSINGER INC. | 2990-000 | N/A | 55.20 | 55.20 | 55.20 |
| GEORGE ADAMS & COMPANY | 2300-000 | N/A | 563.87 | 563.87 | 563.87 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 161.79 | 161.79 | 161.79 |
| STRAWN PICKENS LLP | 3220-610 | N/A | 63,004.65 | 63,867.37 | 63,867.37 |
| PORTER & HEDGES, LLP | 3220-000 | N/A | 10,773.67 | 10,773.67 | 10,773.67 |
| STRAWN PICKENS LLP | 3210-600 | N/A | 1,501,500.00 | 1,636,482.00 | 1,636,482.00 |
| PORTER & HEDGES, LLP | 3210-000 | N/A | 148,054.50 | 157,083.50 | 157,083.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.39 | 36.39 | 36.39 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.81 | 42.81 | 42.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.82 | 38.82 | 38.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.44 | 37.44 | 37.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.20 | 41.20 | 41.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.54 | 38.54 | 38.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.92 | 40.92 | 40.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.99 | 36.99 | 36.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.19 | 38.19 | 38.19 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.85 | 36.85 | 36.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.85 | 41.85 | 41.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.69 | 36.69 | 36.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.40 | 40.40 | 40.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.06 | 39.06 | 39.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.20 | 35.20 | 35.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.39 | 41.39 | 41.39 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 37.52 | 37.52 | 37.52 |
| Rabobank, N.A. | 2600-000 | N/A | 24.46 | 24.46 | 24.46 |
| Rabobank, N.A. | 2600-000 | N/A | 28.87 | 28.87 | 28.87 |
| Rabobank, N.A. | 2600-000 | N/A | 24.46 | 24.46 | 24.46 |
| Rabobank, N.A. | 2600-000 | N/A | 25.29 | 25.29 | 25.29 |
| Rabobank, N.A. | 2600-000 | N/A | 27.87 | 27.87 | 27.87 |
| Rabobank, N.A. | 2600-000 | N/A | 26.96 | 26.96 | 26.96 |
| Rabobank, N.A. | 2600-000 | N/A | 24.32 | 24.32 | 24.32 |
| Rabobank, N.A. | 2600-000 | N/A | 28.62 | 28.62 | 28.62 |
| Rabobank, N.A. | 2600-000 | N/A | 25.98 | 25.98 | 25.98 |
| Rabobank, N.A. | 2600-000 | N/A | 25.07 | 25.07 | 25.07 |
| Rabobank, N.A. | 2600-000 | N/A | 28.48 | 28.48 | 28.48 |
| Rabobank, N.A. | 2600-000 | N/A | 24.11 | 24.11 | 24.11 |
| Rabobank, N.A. | 2600-000 | N/A | 28.38 | 28.38 | 28.38 |
| Rabobank, N.A. | 2600-000 | N/A | 26.61 | 26.61 | 26.61 |
| Rabobank, N.A. | 2600-000 | N/A | 23.98 | 23.98 | 23.98 |
| Rabobank, N.A. | 2600-000 | N/A | 24.80 | 24.80 | 24.80 |
| Rabobank, N.A. | 2600-000 | N/A | 27.33 | 27.33 | 27.33 |
| Rabobank, N.A. | 2600-000 | N/A | 25.58 | 25.58 | 25.58 |
| Rabobank, N.A. | 2600-000 | N/A | 24.69 | 24.69 | 24.69 |
| Rabobank, N.A. | 2600-000 | N/A | 1,548.70 | 1,548.70 | 1,548.70 |
| Rabobank, N.A. | 2600-000 | N/A | 2,779.91 | 2,779.91 | 2,779.91 |
| Rabobank, N.A. | 2600-000 | N/A | 934.86 | 934.86 | 934.86 |
| Rabobank, N.A. | 2600-000 | N/A | 613.10 | 613.10 | 613.10 |
| Rabobank, N.A. | 2600-000 | N/A | 533.04 | 533.04 | 533.04 |
| Rabobank, N.A. | 2600-000 | N/A | 670.21 | 670.21 | 670.21 |
| Rabobank, N.A. | 2600-000 | N/A | 589.86 | 589.86 | 589.86 |
| Rabobank, N.A. | 2600-000 | N/A | 549.75 | 549.75 | 549.75 |
| Rabobank, N.A. | 2600-000 | N/A | 627.44 | 627.44 | 627.44 |
| Rabobank, N.A. | 2600-000 | N/A | 587.32 | 587.32 | 587.32 |
| Rabobank, N.A. | 2600-000 | N/A | 566.93 | 566.93 | 566.93 |
| Rabobank, N.A. | 2600-000 | N/A | 624.71 | 624.71 | 624.71 |
| Rabobank, N.A. | 2600-000 | N/A | 604.25 | 604.25 | 604.25 |
| Rabobank, N.A. | 2600-000 | N/A | 564.43 | 564.43 | 564.43 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 622.01 | 622.01 | 622.01 |
| Rabobank, N.A. | 2600-000 | N/A | 582.06 | 582.06 | 582.06 |
| Rabobank, N.A. | 2600-000 | N/A | 561.75 | 561.75 | 561.75 |
| Rabobank, N.A. | 2600-000 | N/A | 638.39 | 638.39 | 638.39 |
| Rabobank, N.A. | 2600-000 | N/A | 558.60 | 558.60 | 558.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,886,325.76 | $2,031,199.48 | $2,031,199.48 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Okin Adams & Kilmer, LLP | 6710-000 | N/A | 1,337.50 | 1,337.50 | 1,337.50 |
| Okin Adams & Kilmer LLP | 6700-000 | N/A | 28,125.23 | 28,125.23 | 28,125.23 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $29,462.73 | $29,462.73 | $29,462.73 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bowne of Dallas LP | 7100-000 | 68,618.57 | 72,698.17 | 72,698.17 | 5,713.79 |
| 2 | Andrew R. Carroll | 7100-000 | 100,600.00 | 120,000.00 | 120,000.00 | 9,431.52 |
| 3 | Mooney Enterprises LLC | 7100-000 | 1,000,000.00 | 1,021,250.00 | 1,021,250.00 | 80,266.16 |
| 4 | William M. Hitchcock | 7100-000 | 1,000,000.00 | 1,020,712.33 | 1,020,712.33 | 80,223.91 |
| 5 | SKH Management, II, L.P. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 6 | SKH Management, III, L.L.C. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 7 | Antares Exploration, L.P. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8 | SKH Energy Fund, L.P. | 7100-000 | N/A | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | SKH Management, L.P. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 10 | Origin Capital Group | 7100-000 | 76,694.00 | 112,241.00 | 112,241.00 | 8,821.69 |
| 11 | Vinson & Elkins, LLP | 7100-000 | 317,171.39 | 358,746.25 | 358,746.25 | 28,196.02 |
| 31 | Resources Global Professionals | 7100-000 | N/A | N/A | 22,308.12 | 1,753.33 |
| NOTFILED | KPMG | 7100-000 | 6,030.34 | N/A | N/A | 0.00 |
| NOTFILED | KPMG LLP | 7100-000 | 179,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Deloitte - Calgary | 7100-000 | 63,429.01 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Mastercard | 7100-000 | 8,031.28 | N/A | N/A | 0.00 |
| NOTFILED | Olympia Trust Company | 7100-000 | 7,517.33 | N/A | N/A | 0.00 |
| NOTFILED | CNW Group | 7100-000 | 5,764.97 | N/A | N/A | 0.00 |
| NOTFILED | Patton Boggs LLP | 7100-000 | 44,385.90 | N/A | N/A | 0.00 |
| NOTFILED | Osler, Hoskin & Harcourt LLP TransCanada Tower | 7100-000 | 10,458.96 | N/A | N/A | 0.00 |
| NOTFILED | RR Donnelly Receivables, Inc. | 7100-000 | 4,886.60 | N/A | N/A | 0.00 |
| NOTFILED | William M. Hitchcock | 7100-000 | 41,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert Eriksson | 7100-000 | 36,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Rodman & Renshaw | 7100-000 | 36,711.19 | N/A | N/A | 0.00 |
| NOTFILED | Blake Dawson | 7100-000 | 8,711.50 | N/A | N/A | 0.00 |
| NOTFILED | Resources Global Professionals | 7100-000 | 22,072.08 | N/A | N/A | 0.00 |
| NOTFILED | Bennett Jones LLP | 7100-000 | 84,100.80 | N/A | N/A | 0.00 |
| NOTFILED | Al Robertson | 7100-000 | 14,175.00 | N/A | N/A | 0.00 |
| NOTFILED | Barry Borak c/o Huff Energy Fund, L.P. | 7100-000 | 37,500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$3,174,058.92** | **$2,705,647.75** | **$2,727,955.87** | **$214,406.42** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-38223-H1  
**Case Name:** AUSAM ENERGY CORPORATION  
NORAM RESOURCES, INC.  
**Period Ending:** 10/11/16

**Trustee:** (631440) William G. West, Trustee  
**Filed (f) or Converted (c):** 02/26/09 (c)  
**§341(a) Meeting Date:** 03/24/09  
**Claims Bar Date:** 06/29/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Wells Fargo DIP Account Closed (u)<br>Acct no. 502-6236876 amended per Schedule B filed on 3/12/09 at docket no. 81 in case no. 08-38222 | 48,976.87 | 48,976.87 | | 48,976.87 | FA |
| 2 | HSBC Bank Accounts<br>Accounts: 4070, 4771 and 4001 (Canadian dollars); All three accounts were closed on the petition date per amendment of 3/12/09 at docket no. 81 | 38,765.15 | 0.00 | | 0.00 | FA |
| 3 | SECURITY DEPOSITS<br>Retainer for Attorney fees - Okin; no value to the Chapter 7 estate | 23,755.80 | 0.00 | | 0.00 | FA |
| 4 | BOUNTY OIL AND GAS NL<br>18,000,000 shares: Listed in sale to Huff per court order 112 but of nominal value. | 350,037.00 | 0.00 | | 0.00 | FA |
| 5 | STOCK AND BUSINESS INTERESTS<br>100% of common stock in Noram Resources, Inc.; No value due to Chapter 7 conversion | Unknown | 0.00 | | 0.00 | FA |
| 6 | AMERICAN STOCK EXCHANGE REFUND<br>No Value | 35,000.00 | 0.00 | | 0.00 | FA |
| 7 | CASH PAYMENT DUE ON SALE OF AUSAM RESOURCES<br>UCC-1 with Huff Energy Fund, L.P. No value | 33,927.00 | 0.00 | | 0.00 | FA |
| 8 | D & O LITIGATION (u)<br>Settled for $3.9 million per court order 311 | 3,900,000.00 | 3,900,000.00 | | 3,900,000.00 | FA |
| 9 | HUFF LITIGATION (u)<br>This was included in the settlement of Asset 8 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | PETERSON ADVERSARY 11-3598 (u)<br>Judgment settled (docket 104) | 595,000.00 | 595,000.00 | | 21,072.72 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 19.04 | FA |
| 11 | Assets Totals (Excluding unknown values) | **$5,025,461.82** | **$4,543,976.87** | | **$3,970,068.63** | **$0.00** |

**Major Activities Affecting Case Closing:**

Original Ch11 filed on 12/30/08; Jointly Administered with Noram Resources, Inc. 08-38222

Printed: 10/11/2016 12:37 PM    V.13.28

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-38223-H1  
**Case Name:** AUSAM ENERGY CORPORATION  
NORAM RESOURCES, INC.  
**Period Ending:** 10/11/16

**Trustee:** (631440) William G. West, Trustee  
**Filed (f) or Converted (c):** 02/26/09 (c)  
**§341(a) Meeting Date:** 03/24/09  
**Claims Bar Date:** 06/29/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2009   **Current Projected Date Of Final Report (TFR):** February 10, 2016  (Actual)

Printed: 10/11/2016 12:37 PM    V.13.28

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-38223-H1 | Trustee: | William G. West, Trustee (631440) |
|---|---|---|---|
| Case Name: | AUSAM ENERGY CORPORATION | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | NORAM RESOURCES, INC. | Account: | ***-*****19-65 - Money Market Account |
| Taxpayer ID #: | **-***2537 | Blanket Bond: | $46,300,000.00   (per case limit) |
| Period Ending: | 10/11/16 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/01/09 | {1} | Wells Fargo Bank, N.A. | Closed DIP account | 1229-000 | 48,976.87 | | 48,976.87 |
| 04/29/09 | | To Account #********1966 | check to OAK | 9999-000 | | 29,462.75 | 19,514.12 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.89 | | 19,516.01 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.76 | | 19,516.77 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.84 | | 19,517.61 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.82 | | 19,518.43 |
| 07/31/09 | | From Account #********1966 | clear checking | 9999-000 | 0.02 | | 19,518.45 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.82 | | 19,519.27 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.79 | | 19,520.06 |
| 10/06/09 | 1001 | GEORGE ADAMS & COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/31/2009 FOR CASE #08-38223, ANNUAL BLANKET BOND PREMIUM EFFECTIVE 10/1/09 | 2300-000 | | 34.33 | 19,485.73 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.79 | | 19,486.52 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.82 | | 19,487.34 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.82 | | 19,488.16 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.76 | | 19,488.92 |
| 02/11/10 | | To Account #********1966 | STORAGE FEE | 9999-000 | | 467.50 | 19,021.42 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.73 | | 19,022.15 |
| 03/16/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.43 | | 19,022.58 |
| 03/16/10 | | Wire out to BNYM account **********1965 | Wire out to BNYM account **********1965 | 9999-000 | -19,022.58 | | 0.00 |

| | | | ACCOUNT TOTALS | | 29,964.58 | 29,964.58 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | -19,022.56 | 29,930.25 | |
| | | | **Subtotal** | | **48,987.14** | **34.33** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$48,987.14** | **$34.33** | |

{} Asset reference(s)

Printed: 10/11/2016 12:37 PM       V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-38223-H1 | Trustee: | William G. West, Trustee (631440) |
|---|---|---|---|
| Case Name: | AUSAM ENERGY CORPORATION | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | NORAM RESOURCES, INC. | Account: | ***-*****19-66 - Checking Account |
| Taxpayer ID #: | **-***2537 | Blanket Bond: | $46,300,000.00  (per case limit) |
| Period Ending: | 10/11/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/29/09 | | From Account #********1965 | check to OAK | 9999-000 | 29,462.75 | | 29,462.75 |
| 04/29/09 | 2001 | Okin Adams & Kilmer LLP | Debtor Attorney Fees $28,125.23 Expenses $1,37.50 | | | 29,462.73 | 0.02 |
| | | | 1,337.50 | 6710-000 | | | 0.02 |
| | | | Ref # DOCKET NO 104    28,125.23 | 6700-000 | | | 0.02 |
| 07/31/09 | | To Account #********1965 | clear checking | 9999-000 | | 0.02 | 0.00 |
| 02/11/10 | | From Account #********1965 | STORAGE FEE | 9999-000 | 467.50 | | 467.50 |
| 02/11/10 | 2002 | LAKEWOOD MINI STORAGE | STORAGE UNIT FEE | 2410-000 | | 467.50 | 0.00 |
| | | | ACCOUNT TOTALS | | 29,930.25 | 29,930.25 | $0.00 |
| | | | Less: Bank Transfers | | 29,930.25 | 0.02 | |
| | | | Subtotal | | 0.00 | 29,930.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $29,930.23 | |

{} Asset reference(s)     Printed: 10/11/2016 12:37 PM     V.13.28

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-38223-H1 | | Trustee: | William G. West, Trustee (631440) |
|---|---|---|---|---|
| Case Name: | AUSAM ENERGY CORPORATION | | Bank Name: | The Bank of New York Mellon |
| | NORAM RESOURCES, INC. | | Account: | ****-******19-65 - Checking Account |
| Taxpayer ID #: | **-***2537 | | Blanket Bond: | $46,300,000.00   (per case limit) |
| Period Ending: | 10/11/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1965 | Wire in from JPMorgan Chase Bank, N.A. account ********1965 | 9999-000 | 19,022.58 | | 19,022.58 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.58 | | 19,023.16 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.09 | | 19,024.25 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.13 | | 19,025.38 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.09 | | 19,026.47 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.13 | | 19,027.60 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.13 | | 19,028.73 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 19,028.88 |
| 10/25/10 | 11002 | GEORGE ADAMS & COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/01/2010 FOR CASE #08-38223, EFFECTIVE 10/1/10 THROUGH 10/1/2011 | 2300-000 | | 57.47 | 18,971.41 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 18,971.57 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 18,971.72 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 18,971.88 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 18,972.04 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 18,972.18 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 18,972.34 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 18,972.49 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 18,972.65 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 18,972.80 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 18,972.96 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.39 | 18,936.57 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 18,936.73 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.11 | 18,892.62 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.30 | 18,893.92 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 18,894.07 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.82 | 18,855.25 |
| 10/11/11 | 11003 | GEORGE ADAMS & COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/11/2011 FOR CASE #08-38223, INVOICE NO. 34891 | 2300-000 | | 19.11 | 18,836.14 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 18,836.30 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.44 | 18,798.86 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 18,799.01 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.20 | 18,757.81 |

Subtotals :            $19,031.05            $273.24

{} Asset reference(s)                                                                                       Printed: 10/11/2016 12:37 PM      V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 08-38223-H1 | **Trustee:** William G. West, Trustee (631440) |
| **Case Name:** AUSAM ENERGY CORPORATION | **Bank Name:** The Bank of New York Mellon |
| NORAM RESOURCES, INC. | **Account:** ****-******19-65 - Checking Account |
| **Taxpayer ID #:** **-***2537 | **Blanket Bond:** $46,300,000.00  (per case limit) |
| **Period Ending:** 10/11/16 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,757.96 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.54 | 18,719.42 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,719.57 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.92 | 18,678.65 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.99 | 18,641.66 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.19 | 18,603.47 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.85 | 18,566.62 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.85 | 18,524.77 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.69 | 18,488.08 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.40 | 18,447.68 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.06 | 18,408.62 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.20 | 18,373.42 |
| 10/08/12 | 11004 | GEORGE ADAMS & COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/01/2012 FOR CASE #08-38223, Blanket Bond 61BSGC8158; Invoice no. 40072 - Eff 10/1/12 to 9/30/13 | 2300-000 | | 19.03 | 18,354.39 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.39 | 18,313.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.52 | 18,275.48 |
| 12/27/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001063144088 20121227 | 9999-000 | | 18,275.48 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,031.35 | 19,031.35 | $0.00 |
| | | | Less: Bank Transfers | | 19,022.58 | 18,275.48 | |
| | | | **Subtotal** | | 8.77 | 755.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8.77** | **$755.87** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-38223-H1 | | Trustee: | William G. West, Trustee (631440) |
|---|---|---|---|---|
| Case Name: | AUSAM ENERGY CORPORATION | | Bank Name: | The Bank of New York Mellon |
| | NORAM RESOURCES, INC. | | Account: | ****-******19-66 - Checking Account |
| Taxpayer ID #: | **-***2537 | | Blanket Bond: | $46,300,000.00  (per case limit) |
| Period Ending: | 10/11/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 10/11/2016 12:37 PM    V.13.28

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 08-38223-H1  
**Case Name:** AUSAM ENERGY CORPORATION  
NORAM RESOURCES, INC.  
**Taxpayer ID #:** **-***2537  
**Period Ending:** 10/11/16  

**Trustee:** William G. West, Trustee (631440)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0765 - Checking Account  
**Blanket Bond:** $46,300,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/28/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 18,275.48 | | 18,275.48 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.46 | 18,251.02 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.87 | 18,222.15 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.46 | 18,197.69 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.29 | 18,172.40 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.87 | 18,144.53 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.96 | 18,117.57 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.32 | 18,093.25 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.62 | 18,064.63 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.98 | 18,038.65 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.07 | 18,013.58 |
| 10/03/13 | 21005 | GEORGE ADAMS & COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/03/2013 FOR CASE #08-38223, Bond Effective 10/1/13 - 9/30/14 | 2300-000 | | 18.28 | 17,995.30 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.48 | 17,966.82 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.11 | 17,942.71 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.38 | 17,914.33 |
| 01/17/14 | 21006 | RHODE RUNNERS MESSINGER INC. | INVOICE NO. 888991 | 2990-000 | | 21.60 | 17,892.73 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.61 | 17,866.12 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.98 | 17,842.14 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.80 | 17,817.34 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.33 | 17,790.01 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.58 | 17,764.43 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.69 | 17,739.74 |
| 07/14/14 | {8} | AIG Insurance Company of Canada | D&O Settlement - Paid in Full | 1249-000 | 3,900,000.00 | | 3,917,739.74 |
| 07/21/14 | 21007 | The Huff Energy Fund, L.P. | Settlement pursuant to court order 311 Voided on 07/21/14 | 4210-000 | | 1,695,000.00 | 2,222,739.74 |
| 07/21/14 | 21007 | The Huff Energy Fund, L.P. | Settlement pursuant to court order 311 Voided: check issued on 07/21/14 | 4210-000 | | -1,695,000.00 | 3,917,739.74 |
| 07/21/14 | 21008 | PORTER & HEDGES, LLP | LEGAL FEES AND EXPENSES PURSUANT TO COURT ORDER 313 | | | 158,828.17 | 3,758,911.57 |
| | | | Attorney fees     148,054.50 | 3210-000 | | | 3,758,911.57 |
| | | | Attorney expenses    10,773.67 | 3220-000 | | | 3,758,911.57 |
| 07/21/14 | 21009 | The Huff Energy Fund, L.P. | SETTLEMENT PURSUANT TO COURT ORDER 311 | 4210-000 | | 1,695,000.00 | 2,063,911.57 |

Subtotals :      $3,918,275.48      $1,854,363.91

{} Asset reference(s)

Printed: 10/11/2016 12:37 PM     V.13.28

## Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-38223-H1  
**Case Name:** AUSAM ENERGY CORPORATION  
NORAM RESOURCES, INC.  
**Taxpayer ID #:** **-***2537  
**Period Ending:** 10/11/16

**Trustee:** William G. West, Trustee (631440)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0765 - Checking Account  
**Blanket Bond:** $46,300,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,548.70 | 2,062,362.87 |
| 08/06/14 | 21010 | RHODE RUNNERS MESSINGER INC. | INVOICE NO. 968311 Voided on 08/06/14 | 2990-000 | | 12.00 | 2,062,350.87 |
| 08/06/14 | 21010 | RHODE RUNNERS MESSINGER INC. | INVOICE NO. 968311 Voided: check issued on 08/06/14 | 2990-000 | | -12.00 | 2,062,362.87 |
| 08/06/14 | 21011 | RHODE RUNNERS MESSINGER INC. | INVOICE NO. 968311 | 2990-000 | | 33.60 | 2,062,329.27 |
| 08/25/14 | 21012 | LONE STAR OVERNIGHT | INVOICE NO. 5577946 | 2990-000 | | 10.09 | 2,062,319.18 |
| 08/27/14 | 21013 | WILLIAM G. WEST, TRUSTEE | INTERIM TRUSTEE FEES AND EXPENSES PER COURT ORDER 321 | | | 81,264.01 | 1,981,055.17 |
| | | | Interim trustee fee       79,848.99 | 2100-000 | | | 1,981,055.17 |
| | | | Interim trustee expenses   1,415.02 | 2200-000 | | | 1,981,055.17 |
| 08/29/14 | 21014 | STRAWN PICKENS LLP | SPECIAL COUNSEL FEES AND EXPENSES PER COURT ORDER 322 | | | 1,564,504.65 | 416,550.52 |
| | | | Special Counsel fees      1,501,500.00 | 3210-600 | | | 416,550.52 |
| | | | Special Counsel expenses     63,004.65 | 3220-610 | | | 416,550.52 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,779.91 | 413,770.61 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 934.86 | 412,835.75 |
| 10/02/14 | 21015 | LONE STAR OVERNIGHT | INVOICE NO. 5598631; ACCOUNT NO. 36988 | 2990-000 | | 10.05 | 412,825.70 |
| 10/02/14 | 21016 | GEORGE ADAMS & CO., INS. AGENCY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/01/2014 FOR CASE #08-38223 | 2300-000 | | 415.65 | 412,410.05 |
| 10/21/14 | 21017 | FEDEX | INVOICE NO. 2-755-84567; ACCOUNT NO. 1656-7679-3 | 2990-000 | | 25.75 | 412,384.30 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 613.10 | 411,771.20 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 533.04 | 411,238.16 |
| 12/17/14 | 21018 | ROADRUNNER MOVING AND STORAGE | INVOICE NO. 10-8324714 | 2990-000 | | 468.50 | 410,769.66 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 670.21 | 410,099.45 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 589.86 | 409,509.59 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 549.75 | 408,959.84 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 627.44 | 408,332.40 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 587.32 | 407,745.08 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 566.93 | 407,178.15 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 624.71 | 406,553.44 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 604.25 | 405,949.19 |

Subtotals :      $0.00      $1,657,962.38

{} Asset reference(s)

## Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-38223-H1  
**Case Name:** AUSAM ENERGY CORPORATION  
NORAM RESOURCES, INC.  
**Taxpayer ID #:** **-***2537  
**Period Ending:** 10/11/16

**Trustee:** William G. West, Trustee (631440)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0765 - Checking Account  
**Blanket Bond:** $46,300,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 564.43 | 405,384.76 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 622.01 | 404,762.75 |
| 10/05/15 | 21019 | GEORGE ADAMS & CO., INS. AGENCY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/05/2015 FOR CASE #08-38223, BOND EFFECTIVE: 10/1/15 - 10/1/16 Voided on 10/05/15 | 2300-000 | | 161.44 | 404,601.31 |
| 10/05/15 | 21019 | GEORGE ADAMS & CO., INS. AGENCY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/05/2015 FOR CASE #08-38223, BOND EFFECTIVE: 10/1/15 - 10/1/16 Voided: check issued on 10/05/15 | 2300-000 | | -161.44 | 404,762.75 |
| 10/05/15 | 21020 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/05/2015 FOR CASE #08-38223 | 2300-000 | | 161.79 | 404,600.96 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 582.06 | 404,018.90 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 561.75 | 403,457.15 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 638.39 | 402,818.76 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 558.60 | 402,260.16 |
| 02/05/16 | {10} | Zurich American Insurance Company | Claim no. 941-0364521001 | 1241-000 | 21,072.72 | | 423,332.88 |
| 03/10/16 | 21021 | STRAWN PICKENS LLP | LEGAL FEES AND EXPENSES PER COURT ORDER 427 | | | 135,844.72 | 287,488.16 |
| | | | Special Counsel fees        134,982.00 | 3210-600 | | | 287,488.16 |
| | | | Special Counsel expenses        862.72 | 3220-610 | | | 287,488.16 |
| 03/10/16 | 21022 | PORTER & HEDGES, LLP | LEGAL FEES PURSUANT TO COURT ORDER 428 | 3210-000 | | 9,029.00 | 278,459.16 |
| 05/04/16 | 21023 | UNITED STATES TRUSTEE | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 325.00 | 278,134.16 |
| 05/04/16 | 21024 | Bowne of Dallas LP | Dividend paid   7.85% on $72,698.17; Claim# 1; Filed: $72,698.17; Final Distribution | 7100-000 | | 5,713.79 | 272,420.37 |
| 05/04/16 | 21025 | Andrew R. Carroll | Dividend paid   7.85% on $120,000.00; Claim# 2; Filed: $120,000.00; Final Distribution Stopped on 08/05/16 | 7100-000 | | 9,431.52 | 262,988.85 |
| 05/04/16 | 21026 | Mooney Enterprises LLC | Dividend paid   7.85% on $1,021,250.00; Claim# 3; Filed: $1,021,250.00; Final Distribution | 7100-000 | | 80,266.16 | 182,722.69 |
| 05/04/16 | 21027 | William M. Hitchcock | Dividend paid   7.85% on $1,020,712.33; | 7100-000 | | 80,223.91 | 102,498.78 |

Subtotals :        $21,072.72        $324,523.13

{} Asset reference(s)                                                                                 Printed: 10/11/2016 12:37 PM    V.13.28

Exhibit 9

Page: 9

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-38223-H1
**Case Name:** AUSAM ENERGY CORPORATION
NORAM RESOURCES, INC.
**Taxpayer ID #:** **-***2537
**Period Ending:** 10/11/16

**Trustee:** William G. West, Trustee (631440)
**Bank Name:** Rabobank, N.A.
**Account:** ******0765 - Checking Account
**Blanket Bond:** $46,300,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Claim# 4; Filed: $1,020,712.33; Final Distribution | | | | |
| 05/04/16 | 21028 | Origin Capital Group | Dividend paid 7.85% on $112,241.00; Claim# 10; Filed: $112,241.00; Final Distribution | 7100-000 | | 8,821.69 | 93,677.09 |
| 05/04/16 | 21029 | Vinson & Elkins, LLP | Dividend paid 7.85% on $358,746.25; Claim# 11; Filed: $358,746.25; Final Distribution | 7100-000 | | 28,196.02 | 65,481.07 |
| 05/04/16 | 21030 | Resources Global Professionals | Dividend paid 7.85% on $22,308.12; Claim# 31; Filed: $0.00; Final Distribution | 7100-000 | | 1,753.33 | 63,727.74 |
| 05/04/16 | 21031 | William G. West, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 63,727.74 | 0.00 |
| | | | Dividend paid 100.00% 62,503.07 on $142,352.06; Claim# ; Filed: $142,352.06 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 1,224.67 on $2,639.69; Claim# ; Filed: $2,639.69 | 2200-000 | | | 0.00 |
| 08/05/16 | 21025 | Andrew R. Carroll | Dividend paid 7.85% on $120,000.00; Claim# 2; Filed: $120,000.00; Final Distribution Stopped: check issued on 05/04/16 | 7100-000 | | -9,431.52 | 9,431.52 |
| 09/13/16 | | ANDREW R. CARROLL | DIVIDEND PAID 7.85% ON $120,000.00; CLAIM NO. 2 | 7100-000 | | 9,431.52 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,939,348.20 | 3,939,348.20 | $0.00 |
| | | | Less: Bank Transfers | | 18,275.48 | 0.00 | |
| | | | **Subtotal** | | 3,921,072.72 | 3,939,348.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,921,072.72** | **$3,939,348.20** | |

| | |
|---|---|
| Net Receipts : | 3,970,068.63 |
| Net Estate : | $3,970,068.63 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****19-65 | 48,987.14 | 34.33 | 0.00 |
| Checking # ***-*****19-66 | 0.00 | 29,930.23 | 0.00 |
| Checking # ****-******19-65 | 8.77 | 755.87 | 0.00 |
| Checking # ****-******19-66 | 0.00 | 0.00 | 0.00 |
| Checking # ******0765 | 3,921,072.72 | 3,939,348.20 | 0.00 |
| | $3,970,068.63 | $3,970,068.63 | $0.00 |

{} Asset reference(s)

Printed: 10/11/2016 12:37 PM V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 10

| **Case Number:** | 08-38223-H1 | | **Trustee:** | William G. West, Trustee (631440) |
|---|---|---|---|---|
| **Case Name:** | AUSAM ENERGY CORPORATION | | **Bank Name:** | Rabobank, N.A. |
| | NORAM RESOURCES, INC. | | **Account:** | ******0765 - Checking Account |
| **Taxpayer ID #:** | **-***2537 | | **Blanket Bond:** | $46,300,000.00   (per case limit) |
| **Period Ending:** | 10/11/16 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

{} Asset reference(s)

Printed: 10/11/2016 12:37 PM        V.13.28